Rojas, Apelante, *v.* Alejandro, Ejecutante y Sucesión Bostick, Ejecutada y Apelada.

Apelación procedente de la Corte de Distrito de Humacao en pleito sobre tercería de bienes muebles.

No. 2375.—Resuelto en enero 14, 1921, por los fundamentos de caso No. 2376, *Solá* v. *Alejandro,* de enero 14, 1921.

*Sin lugar la moción sobre desestimación del recurso.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.